**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)   Case Number **10−22137**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 14, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patrick A. Fleming
1021 Des Plaines Ave. #506
Forest Park, IL 60130

| | |
|---|---|
| Case Number: 10−22137<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−0387 |
| Attorney for Debtor(s) (name and address):<br>Daniel J. Rice<br>Law Office of Daniel J. Rice<br>1001 South Harlem Avenue<br>Forest Park, IL 60130<br>Telephone number:  708 366−8700 | Bankruptcy Trustee (name and address):<br>Robert B Katz ESQ<br>Law Offices Of Robert B Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604<br>Telephone number:   312−705−1400 |

### Meeting of Creditors:
Date: **July 21, 2010**                                   Time: **01:30 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: September 20, 2010**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−888−232−6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 9:00 AM −4:30 PM | Date:  May 19, 2010 |

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dsirmons               Page 1 of 2           Date Rcvd: May 19, 2010
Case: 10-22137                 Form ID: b9a                 Total Noticed: 36

The following entities were noticed by first class mail on May 21, 2010.
db          +Patrick A. Fleming,    1021 Des Plaines Ave. #506,    Forest Park, IL 60130-2121
aty         +Daniel J. Rice,    Law Office of Daniel J. Rice,    1001 South Harlem Avenue,
              Forest Park, IL 60130-2380
15593796    +All Credit Lenders,    691 W. North Ave.,    Elmhurst, IL 60126-2132
15593798     American General Finance,    3632 W. 95th St.,    Evergreen Park, IL  60805-2106
15593799    +Americash Loans LLC,    880 Lee St. #302,    Des Plaines, IL 60016-6487
15593800     Associated Credit Services Inc,    P O Box 9100,    Hopkinton, MA  01748-9100
15593801    +Bank Of America,    450 American St. #416,    Simi Valley, CA 93065-6285
15593807     CCA,    P O Box 296,    Norwell, MA  02061-0296
15593804    +Capital Management Services,    726 Exchange St. #700,    Buffalo, NY 14210-1464
15593805     Capital One,    P O Box 30273,    Salt Lake City, UT  84130-0273
15593808     Charter One Bank,    810 S. Oak Park,    Oak Park, IL  60302
15593809    +Citi,    P O Box 70918,    Charlotte, NC 28272-0918
15593810    +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
15593813     Encore Receivable,    P O Box 1880,    Southgate, MI  48195-0880
15593814    +Fidelis Recovery Solutions Inc,    1395 S. Marietta Pkwy Bl 500 #200,    Marietta, GA 30067-7832
15593815    +First American Cash Advance,    9263 W. Cermack Rd,    North Riverside, IL 60546-1061
15593794    +Fleming Patrick A,    1021 Des Plaines Ave #506,    Forest Park, IL 60130-2121
15593795    +Law Office of Daniel J,    Rice,    1001 Harlem Ave,    Forest Park, IL 60130-2380
15593818     Mastercard Amalgamated Bank,    P O Box 1106,    Chicago, IL  60690-1106
15593819     NCO Financial Systems,    P O Box 4935,    Trenton, NJ  08650-4935
15593821    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,     P O Box 12903,    Norfolk, VA  23541)
15593820    +Portfolio Recovery & Affil,    120 Corporate Blvd. #1,    Norfolk, VA 23502-4962
15593822     The Bureaus Inc,    1676 Momentum Place,    Chicago, IL  60689-5316
15593823    +The Money Company,    7204 W. Madison St,    Forest Park, IL 60130-3107
15593824    +United Collection Bureau Inc,    5620 Southwyck Blve #206,    Toledo, OH 43614-1501
15593826     Wells Fargo Financial,    3000 Broadview Village,    Broadview, IL  60155-2618
15593827    +Zenith Acquisition,    P O Box 1259 Dept. 13701,    Oaks, PA 19456-1259
The following entities were noticed by electronic transmission on May 19, 2010.
tr          +EDI: QRBKATZ.COM May 19 2010 18:53:00      Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
              53 West Jackson Blvd,    Suite 1320,    Chicago, IL 60604-4174
15593797    +EDI: ALLIANCEONE.COM May 19 2010 18:48:00      AllianceOne Receivables Mngmnt Inc,
              4850 Street Rd. #300,    Trevose, PA 19053-6643
15593802     EDI: BANKAMER.COM May 19 2010 18:43:00      Bank Of America,    P O Box 15019,
              Wilmington, DE  19886-5019
15593803     EDI: BCTN.COM May 19 2010 18:48:00      Bureau Of Collection Recovery LLC,    P O Box 9001,
              Minnetonka, MN  55345-9001
15593806     E-mail/Text: ngoodman@cashcall.com                            Cash Call,    P O  Box 66007,
              Anaheim, CA  92816
15593811     EDI: CIAC.COM May 19 2010 18:53:00      Citifinancial,    P O Box 6931,    The Lakes, NV  88901-6931
15593816     EDI: HFC.COM May 19 2010 18:43:00      HSBC Card Services,    P O Box 17051,
              Baltimore, MD  21297-1051
15593817    +EDI: HFC.COM May 19 2010 18:43:00      HSBC Carsons,    P O Box 5253,    Carol Stream, IL 60197-5253
15593825     EDI: URSI.COM May 19 2010 18:48:00      United Recovery Systems,    P O  Box 722929,
              Houston, TX  77272-2929
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15594151*    +All Credit Lenders,    691 W. North Ave.,    Elmhurst, IL 60126-2132
15596558*    +All Credit Lenders,    691 W. North Ave.,    Elmhurst, IL 60126-2132
15594152*    +AllianceOne Receivables Mngmnt Inc,    4850 Street Rd. #300,    Trevose, PA 19053-6643
15596559*    +AllianceOne Receivables Mngmnt Inc,    4850 Street Rd. #300,    Trevose, PA 19053-6643
15594153*     American General Finance,    3632 W. 95th St.,    Evergreen Park, IL  60805-2106
15596560*     American General Finance,    3632 W. 95th St.,    Evergreen Park, IL  60805-2106
15594154*    +Americash Loans LLC,    880 Lee St. #302,    Des Plaines, IL 60016-6487
15596561*    +Americash Loans LLC,    880 Lee St. #302,    Des Plaines, IL 60016-6487
15594155*     Associated Credit Services Inc,    P O Box 9100,    Hopkinton, MA  01748-9100
15596562*     Associated Credit Services Inc,    P O Box 9100,    Hopkinton, MA  01748-9100
15594157*     Bank Of America,    P O Box 15019,    Wilmington, DE  19886-5019
15596564*     Bank Of America,    P O Box 15019,    Wilmington, DE  19886-5019
15594156*    +Bank Of America,    450 American St. #416,    Simi Valley, CA 93065-6285
15596563*    +Bank Of America,    450 American St. #416,    Simi Valley, CA 93065-6285
15594158*     Bureau Of Collection Recovery LLC,    P O Box 9001,    Minnetonka, MN  55345-9001
15596565*     Bureau Of Collection Recovery LLC,    P O Box 9001,    Minnetonka, MN  55345-9001
15594161*    ++CASHCALL INC,    17360 BROOKHURST STREET,    FOUNTAIN VALLEY CA 92708-3720
              (address filed with court: Cash Call,     P O Box 66007,    Anaheim, CA  92816)
15596568*    ++CASHCALL INC,    17360 BROOKHURST STREET,    FOUNTAIN VALLEY CA 92708-3720
              (address filed with court: Cash Call,     P O Box 66007,    Anaheim, CA  92816)
15594162*     CCA,    P O Box 296,    Norwell, MA  02061-0296
15596569*     CCA,    P O Box 296,    Norwell, MA  02061-0296
15594159*    +Capital Management Services,    726 Exchange St. #700,    Buffalo, NY 14210-1464
15596566*    +Capital Management Services,    726 Exchange St. #700,    Buffalo, NY 14210-1464
15594160*     Capital One,    P O Box 30273,    Salt Lake City, UT  84130-0273
15596567*     Capital One,    P O Box 30273,    Salt Lake City, UT  84130-0273
15594163*     Charter One Bank,    810 S. Oak Park,    Oak Park, IL  60302
15596570*     Charter One Bank,    810 S. Oak Park,    Oak Park, IL  60302
15594164*    +Citi,    P O Box 70918,    Charlotte, NC 28272-0918
15596571*    +Citi,    P O Box 70918,    Charlotte, NC 28272-0918
15594165*    +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
15596572*    +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
15594166*     Citifinancial,    P O Box 6931,    The Lakes, NV  88901-6931
```

```
District/off: 0752-1              User: dsirmons              Page 2 of 2                  Date Rcvd: May 19, 2010
Case: 10-22137                    Form ID: b9a                Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
15596573*      Citifinancial,    P O Box 6931,     The Lakes, NV  88901-6931
15593812*      Citifinancial,    P.O. Box 6931,    The Lakes, NV  88901-6931
15594167*      Citifinancial,    P.O. Box 6931,    The Lakes, NV  88901-6931
15596574*      Citifinancial,    P.O. Box 6931,    The Lakes, NV  88901-6931
15594168*      Encore Receivable,     P O Box 1880,    Southgate, MI  48195-0880
15596575*      Encore Receivable,     P O Box 1880,    Southgate, MI  48195-0880
15594169*     +Fidelis Recovery Solutions Inc,      1395 S. Marietta Pkwy Bl 500 #200,    Marietta, GA 30067-7832
15596576*     +Fidelis Recovery Solutions Inc,      1395 S. Marietta Pkwy Bl 500 #200,    Marietta, GA 30067-7832
15594170*     +First American Cash Advance,    9263 W. Cermack Rd,     North Riverside, IL 60546-1061
15596577*     +First American Cash Advance,    9263 W. Cermack Rd,     North Riverside, IL 60546-1061
15594149*     +Fleming Patrick A,    1021 Des Plaines Ave #506,    Forest Park, IL 60130-2121
15596556*     +Fleming Patrick A,    1021 Des Plaines Ave #506,    Forest Park, IL 60130-2121
15594171*      HSBC Card Services,     P O Box 17051,    Baltimore, MD  21297-1051
15596578*      HSBC Card Services,     P O Box 17051,    Baltimore, MD  21297-1051
15594172*     +HSBC Carsons,    P O Box 5253,    Carol Stream, IL 60197-5253
15596579*     +HSBC Carsons,    P O Box 5253,    Carol Stream, IL 60197-5253
15594150*     +Law Office of Daniel J,    Rice,     1001 Harlem Ave,    Forest Park, IL 60130-2380
15596557*     +Law Office of Daniel J,    Rice,     1001 Harlem Ave,    Forest Park, IL 60130-2380
15594173*      Mastercard Amalgamated Bank,    P O Box 1106,    Chicago, IL  60690-1106
15596580*      Mastercard Amalgamated Bank,    P O Box 1106,    Chicago, IL  60690-1106
15594174*      NCO Financial Systems,    P O  Box 4935,    Trenton, NJ  08650-4935
15596581*      NCO Financial Systems,    P O  Box 4935,    Trenton, NJ  08650-4935
15594176*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates,     P O  Box 12903,    Norfolk, VA  23541)
15596583*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,     NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates,     P O  Box 12903,    Norfolk, VA  23541)
15594175*     +Portfolio Recovery & Affil,    120 Corporate Blvd. #1,     Norfolk, VA 23502-4962
15596582*     +Portfolio Recovery & Affil,    120 Corporate Blvd. #1,     Norfolk, VA 23502-4962
15594177*      The Bureaus Inc,    1676 Momentum Place,    Chicago, IL  60689-5316
15596584*      The Bureaus Inc,    1676 Momentum Place,    Chicago, IL  60689-5316
15594178*     +The Money Company,    7204 W. Madison St,     Forest Park, IL 60130-3107
15596585*     +The Money Company,    7204 W. Madison St,     Forest Park, IL 60130-3107
15594179*     +United Collection Bureau Inc,    5620 Southwyck Blve #206,     Toledo, OH 43614-1501
15596586*     +United Collection Bureau Inc,    5620 Southwyck Blve #206,     Toledo, OH 43614-1501
15594180*      United Recovery Systems,    P O  Box 722929,    Houston, TX  77272-2929
15596587*      United Recovery Systems,    P O  Box 722929,    Houston, TX  77272-2929
15594181*      Wells Fargo Financial,    3000 Broadview Village,     Broadview, IL  60155-2618
15596588*      Wells Fargo Financial,    3000 Broadview Village,     Broadview, IL  60155-2618
15594182*     +Zenith Acquisition,    P O  Box 1259 Dept. 13701,     Oaks, PA 19456-1259
15596589*     +Zenith Acquisition,    P O  Box 1259 Dept. 13701,     Oaks, PA 19456-1259
                                                                                             TOTALS: 0, * 69

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**              **Signature:** _Joseph Speetjens_